**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Freddie Earl HAYES, Defendant–
Appellant.**

**No. 10–10680
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 28, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, Helen Miller Liggett, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

Freddie Earl Hayes appeals the district court's judgment revoking his term of supervised release and sentencing him to 18 months of imprisonment. He argues that the district court plainly erred in considering punishment in imposing his sentence. During the pendency of this appeal, Hayes completed his sentence of imprisonment,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and he has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987). Accordingly, the APPEAL IS DISMISSED.